UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ELLEN FLORMAN-GOFORTH, | Case No. CV 13-8508-PJW |
| Plaintiff, | |
| v. | J U D G M E N T |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the Memorandum Opinion and Order issued today, it is hereby adjudged that the Agency's decision is affirmed and the action is dismissed with prejudice.

DATED: March 17, 2015

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\FLORMAN-GOFORTH, 8508\judgment.wpd